| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104 |
| spencer@spencersheehan.com | tel. 516.303.0552    fax 516.234.7800 |

September 15, 2020

Magistrate Judge Kandis A. Westmore
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

                                          Re:   4:20-cv-04181-KAW
                                                   Sommer v. Keurig Dr Pepper Inc.

Dear Magistrate Judge Westmore:

       This office, with Reese LLP, represents the plaintiff. Your Honor has set an Initial Case Management Conference for September 22, 2020 at 1:30 PM with submission of the Case Management Statement by September 15, 2020. Earlier today, plaintiff filed an executed waiver of service, signed by Harold Busch, Legal Affairs Manager with defendant. Mr. Busch executed the waiver because defendant has not yet assigned outside counsel to this matter. Defendant's date to answer or respond to the complaint was set as November 16, 2020.

       Plaintiff and defendant respectfully request that the Initial Case Management Conference be adjourned until November 17, 2020 with the Case Management Statement submitted by November 10, 2020. Based on my communications with Mr. Busch, it is expected that defendant will have assigned outside counsel to this matter so the parties may proceed by these proposed dates. There have been no prior requests for adjournment or extension of any scheduled dates. Thank you.

                                                            Respectfully submitted,

                                                            /s/Spencer Sheehan
                                                            Spencer Sheehan

Certificate of Service

I certify that on September 15, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan