**WILLIAMS & CONNOLLY LLP**
David A. Forkner (*Pro Hac Vice* to be filed)
*dforkner@wc.com*
David M. Horniak (SBN: 268441)
*dhorniak@wc.com*
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Counsel for Defendant Mars Wrigley Confectionery US, LLC*

**SHUB LAW FIRM LLC**
Jonathan Shub (State Bar No. 237708)
*jshub@shublawyers.com*
Kevin Laukaitis (Pro Hac Vice to file)
*klaukaitis@shublawyers.corn*
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Pro Hac Vice to file)
*spencer@spencersheehan.com*
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800

*Counsel for Plaintiff Molly Brown*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOLLY BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br><br>    Defendant. | **CASE NO. 4:20-cv-08292-JST**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

Pursuant to L.R. 6-2 and 7-12, Plaintiff Molly Brown ("Plaintiff") and Defendant Mars Wrigley Confectionery US, LLC ("Defendant," and together with Plaintiff, the "Parties"), respectfully stipulate and jointly move the Court to extend the initial case deadlines and continue the Initial Case Management Conference by 30 days, as explained below.

1. On May 30, 2019, Plaintiff's Counsel filed another putative class action concerning the vanilla in Defendant's Dove® Bars in the Eastern District of New York. *See Garadi et. al. v. Mars Wrigley Confectionery US, LLC*, Case No. 1:19-cv-03209-RJD-ST (E.D.N.Y.); L.R. 3-13.

2. On November 24, 2020, Plaintiff initiated this action by filing the Complaint. (*See* Dkt. No. 1).

3. On November 25 and 30, 2020, the Court issued orders scheduling the Initial Case Management Conference for March 2, 2021, and setting deadlines for the parties to meet and confer and file a Rule 26(f) report. (*See* Dkt. Nos. 6 & 11).

4. On December 1, 2020, Plaintiff served the Complaint and Summons on Defendant. (*See* Ex. 1, Declaration of David M. Horniak ¶ 3).

5. Under Rule 12(a)(1)(A)(i), Defendant's response to the Complaint currently is due December 22, 2020. (*Id.* ¶ 4).

6. In *Garadi*, Counsel for the parties are involved in motion briefing with a deadline of December 23, 2020. (*Id.* ¶ 5).

7. Defendant therefore requires 30 additional days to investigate and evaluate its response to Plaintiff's Complaint and to adequately research and analyze its procedural options. (*Id.* ¶ 6).

8. Plaintiffs have agreed to this requested extension. (*Id.* ¶ 7).

9. Additionally, in the interest of efficient and orderly proceedings, the Parties would like additional time, after Defendant files its responsive pleading to the Complaint, to meet and confer and prepare a Rule 26(f) report. (*Id.* ¶ 8).

10. Accordingly, and in order to avoid burdening the Court with additional requests for extension over the holidays, the Parties agree to move the Court to extend the initial case deadlines by 30 days, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day for Defendant to file a response to the Complaint | December 22, 2020 | January 21, ~~2020~~ 2021 |
| Last day to: meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and file ADR certification signed by Parties and Counsel | February 10, 2021 | March 12, 2021 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | February 24, 2021 | ~~March 26, 2021~~ March 30, 2021 |
| Date of Initial Case Management Conference | March 3, 2021 | ~~April 2, 2021~~ April 6, 2021 |

11. The Parties respectfully submit that there is good cause for this request, and that the request is not sought for the purpose of delay and will not cause prejudice in this matter.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their respective counsel, that they move the Court to extend the initial case deadlines by 30 days, as set forth above.

| | | |
|---|---|---|
| Dated: December 15, 2020 | | **WILLIAMS & CONNOLLY LLP** |
| | | By: */s/ David M. Horniak* |
| | | David M. Horniak |
| | | *Attorneys for Defendant* |
| Dated: December 15, 2020 | | **SHUB LAW FIRM LLC** |
| | | By: */s/ Jonathan Shub* |
| | | Jonathan Shub |
| | | *Attorneys for Plaintiff* |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified.

DATED:  December 17, 2020

_____
Hon. Jon S. Tigar
United States District Judge