**BAKER BOTTS L.L.P.**
Cheryl A. Cauley (SBN 252262)
cheryl.cauley@bakerbotts.com
Natalie K. Sanders (SBN 329916)
natalie.sanders@bakerbotts.com
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7600

Ariel D. House (SBN 280477)
ariel.house@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone:  415.291.6200
Facsimile:  415.291.6300

Attorneys for Defendant
SNAPPLE BEVERAGE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN SOMMER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SNAPPLE BEVERAGE CORPORATION,<br><br>　　　　　Defendant. | Case No. 4:20-cv-04181-JST<br><br>Judge: The Honorable Jon S. Tigar<br><br>**DEFENDANT SNAPPLE BEVERAGE CORPORATION'S STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date: April 1, 2021 (vacated per ECF No. 40)<br>Time: 2:00 p.m.<br>Location: Oakland Courthouse, Courtroom 6 – 2nd Floor, 1301 Clay Street, Oakland CA 94612<br><br>Action Filed: June 24, 2020 |

Defendant Snapple Beverage Corporation hereby provides the Court with notice of supplemental authority in support of its Motion to Dismiss the First Amended Class Action Complaint, ECF No. 28.

On July 12, 2021, Judge Román of the Southern District of New York dismissed with prejudice another putative class action concerning a sweetness claim on a bottled tea product in *Mazella v. The Coca-Cola Company*, No. 7:20-CV-05235-NSR (S.D.N.Y.).[1] A copy of the opinion and order is attached to this statement as **Exhibit A.**

This decision was not available when Defendant filed its Reply in Support of its Motion to Dismiss the First Amended Class Action Complaint on March 4, 2021.

Dated: July 13, 2021                Respectfully submitted,

By: */s/ Cheryl A. Cauley*
BAKER BOTTS L.L.P.
Cheryl A. Cauley (SBN 252262)
cheryl.cauley@bakerbotts.com
Natalie K. Sanders (SBN 329916)
natalie.sanders@bakerbotts.com
1001 Page Mill Road, Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7600

Ariel D. House (SBN 280477)
ariel.house@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Attorneys for Defendant
SNAPPLE BEVERAGE CORPORATION

---

[1] Defendant previously identified this case as one of three similar lawsuits filed by the same counsel in the Southern and Eastern Districts of New York—all challenging the sweetness claims on bottled tea products. *See* Defendant's Motion to Dismiss the First Amended Class Action Complaint, ECF No. 28, at 5 & n.3 (Jan. 14, 2021) (identifying Case No. 7:20-cv-05235-NSR (S.D.N.Y.), though the named plaintiff has changed).