UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN SOMMER,<br><br>        Plaintiff,<br><br>    v.<br><br>SNAPPLE BEVERAGE CORP.,<br><br>        Defendant. | Case No.  20-cv-04181-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 50 |

Pursuant to the Order Granting Motion to Dismiss signed September 20, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 20, 2021

                              Susan Y. Soong
                              Clerk, United States District Court

                              Susan Y. Soong
                              By:_____
                              Mauriona Lee, Deputy Clerk to the
                              Honorable JON S. TIGAR